UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PATRICK CHIDUME,

                            Plaintiff,

v.                                                                   <u>ORDER</u>

GREENBURGH-NORTH CASTLE              18-CV-01790 (PMH)
UNION FREE SCHOOL DISTRICT, et al.,

                            Defendants.
------------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

        Counsel for defendant and plaintiff *pro se* appeared today at 10:15 a.m. by telephone for a status conference. The Court directed plaintiff to serve written responses to the extant interrogatories and document requests by 4/23/2021. Counsel for defendants indicated that he is re-sending copies of the discovery demands to plaintiff, which were previously served on 7/14/2020 and 11/6/2020. Plaintiff was warned that failure to comply could result in the dismissal of this action.

        The Court extended the deadline to complete fact discovery to 7/30/2021. Expert discovery and all discovery due 10/1/2021. The next case management conference is scheduled for 10/5/2021 at 10:30 a.m. At the time of the scheduled conference, all parties shall call the following number: (888) 398-2342; access code 3456831.

        The Clerk of the Court is requested to mail a copy of this Order to plaintiff.

Dated:  White Plains, New York
           March 24, 2021

                                                                    SO ORDERED:

                                                                    Philip M. Halpern
                                                                    United States District Judge