```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
PATRICK CHIDUME,

                            Plaintiff,
v.                                                              ORDER

GREENBURGH-NORTH CASTLE                                         18-CV-01790 (PMH)
UNION FREE SCHOOL DISTRICT, et al.,

                            Defendants.
-----------------------------------------------------------X
```

PHILIP M. HALPERN, United States District Judge:

Counsel for defendant and plaintiff *pro se* appeared today at 3:45 p.m. by telephone for a conference concerning a discovery dispute. Counsel for defendant advised that plaintiff resolved many of the issues raised in his letter (Doc. 78) ("PMC Letter"), except for three. The Court, after hearing from the parties, resolved the remaining three discovery disputes as follows:

1) With respect to PMC Letter ¶ 3, the Court directs plaintiff to disclose the identity of N.F. Plaintiff so disclosed N.F.'s identity on the record.

2) With respect to PMC Letter ¶ 10, the Court directs plaintiff to send properly signed HIPAA releases to defendant's counsel.

3) With respect to PMC Letter ¶ 11, the Court directs plaintiff to produce documents reflecting his employment earnings after June 30, 2018.

By July 7, 2021 at 5:00 p.m., counsel for defendant shall send to plaintiff, at the home address he provided on the record, a signed confidentiality stipulation and proposed protective order in the form on the Court's individual webpage on the SDNY website (https://nysd.uscourts.gov/hon-philip-m-halpern) by FedEx, together with a large FedEx envelope with a prepaid return mailing label.

By July 9, 2021 at 5:00 p.m., plaintiff shall send to defendant's counsel in the FedEx envelope provided, the following: (1) the countersigned confidentiality stipulation and proposed protective order; (2) the properly signed HIPAA releases; (3) documents responsive to defendant's Document Demand No. 16 (as reflected in PMC Letter ¶ 11); and (4) any requests for documents from defendant that plaintiff deems necessary. Should plaintiff serve document demands on defendant, defendant shall serve its responses on plaintiff within one week thereafter.

The Court directs plaintiff's deposition to be held remotely on July 23, 2021.

Counsel for defendant shall file a letter on August 2, 2021, advising the Court as to the status of the completion of fact discovery and whether either party intends to engage in expert discovery.

Counsel for defendant is directed to serve a copy of this Order upon plaintiff by e-mail, and shall include a copy of this Order in the FedEx package referenced herein to be sent to plaintiff by July 7, 2021 at 5:00 p.m. Counsel for defendant is directed to file proof of such service via ECF.

SO ORDERED:

Dated: White Plains, New York
       July 6, 2021

                                              Philip M. Halpern
                                              United States District Judge