UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
PATRICK CHIDUME,

                Plaintiff,

v.

                                      ORDER

GREENBURGH-NORTH CASTLE
UNION FREE SCHOOL DISTRICT, et al.,        18-CV-01790 (PMH)

                Defendants.
----------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

       The case management conference previously scheduled for October 5, 2021 in the March 24, 2021 Order (Doc. 77) has been marked off the Court's calendar. Because the parties confirmed that discovery was complete, the case management conference was already held on August 25, 2021. In light of that, and because the Court has set a schedule for the exchange of Rule 56.1 Statement materials, an additional case management conference is not necessary.

       The Clerk of Court is respectfully requested to mail a copy of this Order to plaintiff.

SO ORDERED:

Dated:  White Plains, New York
          September 10, 2021

                                                                    _____
                                                                    Philip M. Halpern
                                                                    United States District Judge