UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
PATRICK CHIDUME,

                       Plaintiff,

v.

                                                          ORDER

GREENBURGH-NORTH CASTLE
UNION FREE SCHOOL DISTRICT,                18-CV-01790 (PMH)

                       Defendant.
-----------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

       On December 13, 2021, Defendant moved for summary judgment. (Doc. 110). Pursuant to the Court's November 9, 2021 Order, Plaintiff's opposition to Defendant's motion was due by January 17, 2022. (Doc. 109). To date, Plaintiff has not filed opposition to the motion or sought any extension of time to do so.

       The Court *sua sponte* extends Plaintiff's time to oppose the motion for summary judgment to March 3, 2022. Defendant's reply, if any, is due March 17, 2022.

       **If Plaintiff fails to file his opposition by March 3, 2022, the motion will be deemed fully submitted and unopposed. No further extensions of time will be granted.**

       The Clerk of Court is respectfully requested to mail a copy of this Order to Plaintiff.

Dated: White Plains, New York
         February 3, 2022

                                                     SO ORDERED:

                                                     _____
                                                     Philip M. Halpern
                                                     United States District Judge