**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
PATRICK CHIDUME,

               Plaintiff,

      -against-                                        18 **CIVIL** 1790 (PMH)

                                                   **JUDGMENT**

GREENBURGH-NORTH CASTLE
UNION FREE SCHOOL DISTRICT, et al.,

               Defendants.
-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated June 28, 2022, Defendant's motion for summary judgment is GRANTED and the Second Amended Complaint is dismissed; accordingly, the case is closed.

**Dated:**  New York, New York

      June 28, 2022

                                            **RUBY J. KRAJICK**

                                            **Clerk of Court**

          **BY:**       K. Mango

                                            **Deputy Clerk**